IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EDIBLE ARRANGEMENTS, LLC, and <br> EDIBLE ARRANGEMENTS <br> INTERNATIONAL, LLC <br><br> Plaintiffs, <br><br> v. <br><br> TOM DRUMMOND and <br> EDIBLE CREATIONS, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:14-cv-315 <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 8.2**

Comes now the Plaintiffs', Edible Arrangements, LLC, and Edible Arrangements International, LLC, and pursuant to Local Rule 8.2 provides to the court the corporate disclosures as follows:

Both Edible Arrangements, LLC, and Edible Arrangements International, LLC have the same parent corporation, Edible Brands, LLC.  No publicly held company owns 10% or more of the stock in Edible Arrangements, LLC, Edible Arrangements International, LLC, or Edible Brands, LLC stock.

Respectfully submitted,

BARRETT & McNAGNY LLP

/s/ Thomas A. Herr
Thomas A. Herr, #8444-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263
(219) 423-9551
Fax: (219) 423-8920
Counsel for Plaintiff

1267736                                                    1