FILED

14 NOV 17 PM 12: 18

# United States District Court

For the

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Northern District of Indiana

| | |
|---|---|
| Edible Arrangement, LLC and | |
| Edible Arrangements International, LLC | Civil Action No: 1:14cv315 |
| Plaintiffs | |
| V | |
| Tom Drummond and | |
| Edible Creations, LLC | |
| Defendents | |

ANSWERS IN A CIVIL ACTION

1. Paragraphs 1,2, and 3   Agree

2. Paragraph 4 Disagree  Tom Drummond is a resident of Dutchess County New York

3. Paragraphs 5 and 6 Agree

4. Paragraphs 7 agree we sold "fruit arrangements in Allen County Indiana, disagree the Mark "Edible Creations" is confusingly similar to the registered marks of EA EAI

5. Paragraphs 8,9,10,11, and 12 Disagree

6. Paragraphs 13,14,15,16,17,18, and 19 Agree

7. Paragraphs 20 Disagree

8. Paragraphs 21, 22 and 23 Agree

9. Paragraphs 24 Disagree

10. Paragraphs 25 agree

11. Paragraphs 26 Disagree

12. Paragraphs 27 Agree

13. Paragraphs 28 , 29 Agree

14. Paragraphs 30 Agree

15. Paragraphs 31 disagree

16. Paragraphs 32,33,34,35,36, and 37 Disagree

17. Paragraphs 38,39,40,41,42,43,44, and 45 Disagree

18. Paragraphs 46,47,48,49,50,51,52,53,54,55,56,57, and 58 Disagree

19. Paragraphs 59, 60 Agree

20. Paragraphs 61 Disagree

21. Paragraphs 62, 63 Agree

22. Paragraphs 64,65,66,67,68,69,70,71,72,73,74 Disagree

Dated November 12, 2014        Respectfully Submitted
Thomas A Drummond/Edible Creations LLC
717 Broadway Street
New Haven Indiana, 46774
Phone 914-755-4242 / 260-426-1556
Fax 646-929-5504
Email Tom@carouselicecream.net

