IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EDIBLE ARRANGEMENTS, LLC, and EDIBLE ARRANGEMENTS INTERNATIONAL, LLC<br><br>Plaintiffs,<br><br>v.<br><br>TOM DRUMMOND and EDIBLE CREATIONS, LLC<br><br>Defendants. | Case No. 1:14-cv-315 |

**PLAINTIFF EDIBLE ARRANGEMENTS, LLC and EDIBLE ARRANGEMENTS INTERNATIONAL, LLC STATUS REPORT AND MOTION FOR ADDITIONAL TIME**

COME NOW the Plaintiffs, Edible Arrangements, LLC, and Edible Arrangements International, LLC, by counsel, and for the Status Report states as follows:

1. On December 23, 2014, the Court ordered the parties to provide a Stipulation of Dismissal or a status of the current settlement negotiations on or before January 30, 2015.

2. The parties have reached a settlement in principle but some of the conditions of the settlement have not yet been completed.

3. For these reasons, the Parties would request an additional 30 days to complete the terms of the Settlement Agreement, after which the parties will file their Stipulation of Dismissal.

4. The undersigned has conferred with Defendant Drummond who has not yet responded with his position on the instant status report and motion.

WHEREFORE, Plaintiffs request an additional 30 days in which to file stipulations of dismissal or to inform the court that settlement could not be achieved and for any and all just and proper relief in the premises.

BARRETT & McNAGNY LLP

By: _____
Thomas A. Herr, #8444-02
215 East Berry Street
Fort Wayne, IN 46801 2263
Phone: (260) 423 9551
Fax: (260) 423 8920
E Mail: tah@barrettlaw.com

*Attorneys for Plaintiffs*