# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| **EDIBLE ARRANGEMENTS, LLC, and** ) | |
| **EDIBLE ARRANGEMENTS** ) | |
| **INTERNATIONAL, LLC** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:14-cv-315 |
| ) | |
| **TOM DRUMMOND and** ) | |
| **EDIBLE CREATIONS, LLC** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Before the Court is Plaintiff's request for thirty-day extension of time within which to provide a stipulation of dismissal or a status of the current settlement negotiations. (Docket # 16.)  The motion for extension of time is GRANTED.  The parties are afforded up to and including March 1, 2015, to file their stipulation of dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendant Tom Drummond or a status of the current settlement negotiations; <u>together</u> <u>with</u> a notice of dismissal under Rule 41(a)(1)(A)(i) as to Defendant Edible Creations, LLC, who cannot appear *pro se* in federal court. (*See* Docket # 15.)

SO ORDERED.

DATED: February 2, 2015

s/Susan Collins
United States Magistrate Judge
Northern District of Indiana