## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| EDIBLE ARRANGEMENTS, LLC, and<br>EDIBLE ARRANGEMENTS<br>INTERNATIONAL, LLC | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No. 1:14-cv-315-RLM-SLC<br>) |
| TOM DRUMMOND and<br>EDIBLE CREATIONS, LLC | )<br>)<br>) |
| Defendants. | ) |

### PARTIES' STIPULATION OF DISMISSAL
### PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COME NOW Plaintiffs, Edible Arrangements, LLC, and Edible Arrangements International, LLC, by counsel, Barrett & McNagny LLP, and Defendant Tom Drummond, and file their Stipulation for Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, respectfully request voluntary dismissal without prejudice, of all claims against Defendant, Tom Drummond.

WHEREFORE, the Parties respectfully request that this Court grant their Motion for Voluntary Dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and for such other relief the Court deems appropriate, costs paid.

**BARRETT & McNAGNY LLP**

By: /s/ Thomas A. Herr
    Thomas A. Herr. #8444-02
    215 East Berry Street
    Fort Wayne, IN 46801 2263
    Phone: (260) 423 9551
    Fax: (260) 423 8920
    E Mail: tah@barrettlaw.com
*Attorneys for Plaintiffs*

By: _[signature]_
    Tom Drummond/Edible Creations LLC
    717 Broadway Street
    New Haven, IN 46774
    Phone: (914) 755-4242/(260) 426-1556
    Fax: (646) 929-5504
    Email: Tom@carouselicecream.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of March, 2015, deposited a copy of the foregoing in the U.S. Mail/Courthouse Mail, postage prepaid, properly addressed to:

Tom Drummond
Edible Creations, LLC
717 Broadway Street
New Haven, IN 46774-1601

    /s/ Thomas A. Herr
Thomas A. Herr